# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

131947(73)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 131947
COA: 260313
Oakland CC: 2004-196540-FC

TRACI BETH JACKSON,
      Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's December 28, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

p0319